UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MOSES ILIOVITS,

                Plaintiff,                              JUDGMENT

      -v-

                                                      18-CV-795 (MKB) (RML)

ELTMAN LAW PC,

                Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on April 4, 2019, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated March 8, 2019, dismissing this action for Plaintiff's failure to prosecute; it is

        ORDERED and ADJUDGED that this action is dismissed for Plaintiff's failure to prosecute.

Dated: Brooklyn, NY                                                Douglas C. Palmer
       April 5, 2019                                                Clerk of Court

                                                    By:    /s/*Jalitza Poveda*
                                                                 Deputy Clerk